FILED
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BRENDA KARYL LEE-WILSON
HOMELESS (ON STREETS AS OF 13 June 06)
WASHINGTON, DC.
(202) 436-2187 cell

CASE NUMBER 1:06CV01195

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 06/29/2006

**JURY ACTION**

GIANT SUPERMARKET FOODS AND PHARMACY
8th And O Street N.W.
Washington, DC. 20001
(888) 469-4426

## Complaint

ON 21 JUNE, 2005 UPON ENTERING GIANT Supermarket Food And pharmacy located on 8th And O Street NW, WASHINGTON, DC MY SERVICE DOG, Rowdy D. WILSON AND I WERE DENIED Access to the Store BY the SECURITY MANAGER. THIS WAS the SECOND time he had done this And the fourth time the Store had done this.

The third time this incident occurred I provided the guard And metropolitan police with a copy of the Department of Justices Rules And Laws regarding service animals And was then Allowed, only After I protested

RECEIVED
JUN 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

to either arrest me and my service dog or allow me access.

On this fourth occasion on 21 June, 2005 the security manager usurped the Acting Store managers authority and called the metropolitan police to have my dog and me removed. While standing at the check out line two women officers insisted I show them my doctors note authorizing use/need of my service dog. They snatched the papers out of my hands and proceeded to call from their cell phone the doctor whom authorized the need for my dog in February of 2004. I

I informed them they could not do that and also had a copy of the same laws attached to the doctors note. They ignored this document refused to give my doctors letter back, so I called to police from my cell phone to report them. Two sargents, a man and a woman in separate cars arrived several hours later (a police officer had been killed in the line of duty that day) and informed me after speaking to the security manager that I was not to set foot in the store with my dog or I would be arrested. These officers also said this was a civil matter and they do not make incident reports on these type of circumstances. Their names (all four officers) will be provided for the court at a date

the court Request.

I had to put my service dog down on the 23 of November, 2005 due to Kidney failure. He was 12½ years old. I have/had been with Catholic Charities public shelter system since 23 February, 2004 until 13 June, 2006 & then they gave my bed away for my "Whistle Blowing" to the Department of Human Services for not providing drinking water, not allowing us to shower or do laundry, forcing us to take TB test or not allowing us in, no air conditioning and we were a designated Hyper-therma shelter. I had never missed a night out of the shelter since Randy and I began staying there and had been selling Street Sense Homeless Newspaper at Largo Town Center until 8:00 pm. I had been doing so for the last four months.

I have struggled with sorrow and grief on a level I have never known in February and March and will have an Attorney (helps the Homeless) assist me with this matter. I was informed the statue for filing could be today (1 year from date of incident) that is why I am pro se and so very alone.

I Request a trial by jury and damages in the amount of 500,000.00 (Five hundred thousand dollars) for Willfully, Knowingly and intentionally Breaking federal laws of service animals

Brenda Kaycee Lee-Wilson
Brenda Kaycee Lee-Wilson
Homeless
Washington, DC

■ Reduced Fare Program for People with Disabilities

NC SL
#27342896
D.O. 9/23/55

## PART A: APPLICANT INFORMATION AND RELEASE (MUST BE COMPLETE)

Name (Last, First, Middle Initial): (Print or Type) K.
Wilson, Brenda-Kay (TG)

Social Security Number: 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

Date of Birth: 09-23-55

Street Address: 119 D Street NW
Washington
Apartment: #26B
City, State, Zip: Washington, DC 20001

Phone: AFTER 4pm until 7:00pm ask for Christine
Day (202) 393-5400   Evening ( ) same or Keeny
eMail: NONE

Sex: ☐ Male ☒ Female
Previous/Current Disabled I.D. Holder? ☐ Yes ☒ No

1. In case of an emergency, is there someone in the local area who should be notified?
Name:   Address:   Phone: ( )   Relationship:

2. How can we best communicate with you about program changes and training opportunities? Include special facilities such as TTY telephones.

3. I hereby authorize the health care professional completing this application to release to the Washington Metropolitan Area Transit Authority information about my disability in order to verify my eligibility for a Disabled Patron ID Card.

Signature of Applicant: Brenda Kay [signature]
[Under 18, Signature of Parent or Guardian]
Date: 5/25/04

## PART B: MEDICAL CERTIFICATION (MUST BE COMPLETED ENTIRELY FOR PROCESSING TO OCCUR)

Part B is to be completed by a licensed/certified health care professional as described on Page 1 and must be based on clinical results obtained within 60 days of the filing of this application with WMATA. Information on this form will remain on file with the Washington Metropolitan Area Transit Authority and is not subject to public review.

Health Care Professional's Name: (Print or Type)
Thomas Garland

License Number/State: MD 32277
Phone: (202) 737-5098

Street Address: Unity Health Care   Apartment:
425 2nd St NW WDC
City, State, Zip: WDC 20001

Check One: ☐ Physician: MD (specialty) ☐ Podiatrist ☐ Optometrist ☐ Audiologist ☐ School Psychologist

1. From the Guidelines for Health Care Professionals on Page 4, select the appropriate category and provide detailed information regarding the applicant's disability. (Specific DSM or ICD code(s) may be used.) Guideline No: 15   Specific Diagnosis:
EMOTIONAL ILLNESS N.O.S. (TG)

2. Review the FTA Act definition on Page 1. Does the patient's condition affect his/her capability to use public transportation, i.e., does his/her disability specifically impair his/her ability to use the bus or subway? **Financial need is not an allowable disability criteria.**
☐ No   The patient's condition does not affect his/her ability to use public transportation.
☒ Yes  If yes, please describe how the disability impedes the patient's ability to use public transportation.
Note: Failure to provide how this disability affects applicant's capability to use regularly scheduled mass transit renders this application _incomplete._

Needs to be able to take dog with her on transportation. Impedes her ability to work.

3. Does the applicant require an attendant to utilize public transportation? ☐ Yes ☒ No (TG)

4. Expected Duration Of Disability:
☐ Temporary: Short-term conditions lasting for at least 90 days but likely to improve within one year. Please check one:
  ☐ 3 months  ☐ 6 months  ☐ 9 months  ☐ 1 year
☒ Long-Term: Conditions with potential for improvement or long periods of remission.
☐ Permanent: Conditions with absolutely no expectation of improvement.

Signature of Health Care Professional: Thomas Garland M
Date: 6/

**FILED**
06 1195
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

False certification may be reported to the licensing agency under District of Columbia Code Annotated, Section 2-3305.15, Code of Virginia 54.1-2915, or Maryland Health Occupations Code Annotated 14-404 or appropriate code for state of license/certification. WMATA reserves the right to: (1) verify the validity of the license of the health care professional providing the certification, (2) make the final determination on an applicant's eligibility for the Reduced Fare Program/Attendant Eligibility, and (3) have the applicant submit to a examination by a health care provider selected by WMATA at the cost to WMATA.

| WMATA USE ONLY |
| --- |
| Card No. |
| Exp. Date |
| Category |
| Issued By | Issue Date |

50.048  08/03  Page 3

## PART A: APPLICANT INFORMATION AND RELEASE (MUST BE COMPLETE)

**Name (Last, First, Middle Initial):** (Print or Type) Lee-Wilson, Brenda K

**Social Security Number:** 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

**Date of Birth:** 09-23-55

**Street Address:** 1900 Massachusetts Ave   **Apartment:** #26B

**City, State, Zip:** Washington, DC 20003

**Phone:** Day (202) 547 1925   Evening 4pm 7pm Cheristine (202) 737 9311

**Email:** None

**Sex:** ☐ Male ☒ Female

**Previous I.D. Holder?** ☒ Yes ☐ No

1. In case of an emergency, is there someone in the local area who should be notified?
   **Name:** Cheristine Moore   **Address:** 945 G Street NW   **Phone:** (202) 737-9311   **Relationship:** dog lover, minister, friend

2. How can we best communicate with you about program changes and training opportunities? Include special facilities such as TTY telephones.

3. I hereby authorize the health care professional completing this application to release to the Washington Metropolitan Area Transit Authority information about my disability in order to verify my eligibility for a Reduced Fare Identification Card for People with Disabilities.

**Signature of Applicant:** Brenda K. Lee-Wilson   **Date:** 25 May, 2005

## PART B: MEDICAL CERTIFICATION (MUST BE COMPLETED ENTIRELY FOR PROCESSING TO OCCUR)

Part B is to be completed by a licensed/certified health care professional as described on Page 1 and must be based on clinical results obtained within 60 days of the filing of this application with WMATA. Information on this form will remain on file with WMATA and is not subject to public review.

**Health Care Professional's Name:** (Print or Type) Monte A. Herman

**License Number/State:** DC 2615

**Phone:** (202) 548 6236

**Street Address:** Medical Clinic 1900 Mass Ave   **Suite:** North Side

**City, State, Zip:** Washington, DC 20003

**Check One:** ☒ Physician: MD (specialty)   ☐ Podiatrist   ☐ Optometrist   ☐ Audiologist   ☐ School Psychologist

1. Please review the Guidelines for Health Care Professionals on Page 4. Select the appropriate category and provide detailed information regarding the applicant's disability. (Specific DSM or ICD code(s) may be used.) **Guideline Number:** 15
   **Specific Diagnosis:** Emotional illness N.O.S.

2. Review Section I. WHO QUALIFIES on page 1 and PART C: GUIDELINES FOR HEALTH CARE PROFESSIONALS on page 4. Does the individual's disability require accessibility features and services in order to use public transportation?
   ☐ No   ☒ Yes If yes, please describe the accessibility features and services in order to use public transportation.
   Needs to be able to take dog with her on transportation. Impedes her ability to work.

3. Does the applicant require an attendant to utilize public transportation? ☐ Yes ☒ No

4. Expected Duration of Disability:
   ☐ Temporary: Short-term conditions lasting for at least 90 days but likely to improve within one year. Please check one:
   ☐ 3 months   ☐ 6 months   ☐ 9 months   ☐ 1 year
   ☒ Long-Term: Conditions with potential for improvement or long periods of remission.
   ☐ Permanent: Conditions with absolutely no expectation of improvement.

**Signature of Health Care Professional:** Monte A. Herman, MD   **Date:** 5-23-05

False certification may be reported to the licensing agency under District of Columbia Code Annotated, Section 2-3305.15, Code of Virginia 54.1-2915, or Maryland Health Occupations Code Annotated 14-404 or appropriate code for state of license/certification. WMATA reserves the right to: (1) verify the validity of the license of the health care professional providing the certification, (2) make the final determination on an applicant's eligibility for the Reduced Fare Program/Attendant Eligibility, and (3) have the applicant submit to an examination by a health care provider selected by WMATA at the cost to WMATA.

**WMATA USE ONLY!**
Card No. 414956   Exp. Date 5/4/06
Category 30
Issued By [signature]   Issue Date 5/25/05

**UNITY HEALTH CARE**
3020 14th Street N.W., Washington, DC 20009   Phone: (202) 612-1100   Fax: (202) 745-5907
Office of the Chief Medical Officer
www.unityhealthcare.org

Brenda Lee-Wilson has been evaluated by me today. In my opinion, this lady is ~~emotionally~~ ill. She hitchhiked here from Texas with her dog. She is very emotionally attached to this dog & is seeking shelter for herself & her dog. I will be happy to provide follow up. Please provide assistance. This dog provides emotional support. It would be traumatic to seperate.

Sincerely,
Robert Keisling, M.D.
518-2385



UNITY HEALTH CARE
www.unityhealthcare.org
3020 14th St., N.W.
Washington, DC 20009
Upper Cardozo Health Center

Robert Keisling, M.D.

Phone: (202) 518-2385
Fax:   (202) 745-5907
Email: rkeisling@unityhealthcare.org

U.S. Department of Justice
Civil Rights Division
Disability Rights Section



Americans with Disabilities Act

# ADA Business BRIEF:

## Service Animals

*Service animals are animals that are individually trained to perform tasks for people with disabilities – such as guiding people who are blind, alerting people who are deaf, pulling wheelchairs, alerting and protecting a person who is having a seizure, or performing other special tasks. Service animals are working animals, not pets.*

Under the Americans with Disabilities Act (ADA), businesses and organizations that serve the public must allow people with disabilities to bring their service animals into all areas of the facility where customers are normally allowed to go. This federal law applies to all businesses open to the public, including restaurants, hotels, taxis and shuttles, grocery and department stores, hospitals and medical offices, theaters, health clubs, parks, and zoos.

- Businesses may ask if an animal is a service animal or ask what tasks the animal has been trained to perform, but cannot require special ID cards for the animal or ask about the person's disability.

- People with disabilities who use service animals cannot be charged extra fees, isolated from other patrons, or treated less favorably than other patrons. However, if a business such as a hotel normally charges guests for damage that they cause, a customer with a disability may be charged for damage caused by his or her service animal.

- A person with a disability cannot be asked to remove his service animal from the premises unless: (1) the animal is out of control and the animal's owner does not take effective action to control it (for example, a dog that barks repeatedly during a movie) or (2) the animal poses a direct threat to the health or safety of others.

- In these cases, the business should give the person with the disability the option to obtain goods and services without having the animal on the premises.

- Businesses that sell or prepare food must allow service animals in public areas even if state or local health codes prohibit animals on the premises.

- A business is not required to provide care or food for a service animal or provide a special location for it to relieve itself.

- Allergies and fear of animals are generally not valid reasons for denying access or refusing service to people with service animals.

- Violators of the ADA can be required to pay money damages and penalties.



Businesses that serve the public must allow people with disabilities to enter with their service animal



Service animals are individually trained to perform tasks for people with disabilities

If you have additional questions concerning the ADA and service animals, please call the Department's ADA Information Line at (800) 514-0301 (voice) or (800) 514-0383 (TTY) or visit the **ADA Business Connection** at www.ada.gov

Duplication is encouraged.    April 2002