## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRENDA K. LEE-WILSON ) | |
| Plaintiff, ) | Case Number: 06-1195 RBW |
| ) | |
| v. ) | |
| ) | |
| GIANT OF MARYLAND LLC ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE TO QUASH SERVICE OF PROCESS

Defendant Giant of Maryland LLC ("Defendant"), by and through their undersigned counsel, hereby moves this Court pursuant to Rule 12(b) (5) of the Federal Rules of Civil Procedure to dismiss this action, or in the alternative, to quash the return of service of the summons on the grounds that Defendant, a corporation, has not been properly served with process in this action. In support of their motion, Defendant refers the Court to the accompanying Memorandum.

WHEREFORE, Defendant respectfully requests the Court to enter an order dismissing this action or, alternatively quashing service of process against the Defendant.

Respectfully submitted,

**REED SMITH LLP**

By: _____/s/_____
Bridnetta D. Edwards, (D.C. Bar #437467)
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, DC  20005-3317
(202) 414-9200
bedwards@reedsmith.com

Attorney for Defendant

August 18, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Defendant's Motion to Dismiss, or in the Alternative to Quash Service of Process to be served by first-class mail, postage prepaid this 18th day of August to the last known address as of 5/25/05 upon:

>Brenda K. Lee-Wilson
>1900 Massachusetts Avenue
># 26B
>Washington, DC  20003

>and by telephoning Plaintiff on the number provided:

>Brenda K. Lee-Wilson
>Homeless
>Washington, DC
>(202) 436-2187 (cell)


_____/s/_____
Bridnetta D. Edwards

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **BRENDA K. LEE-WILSON** | ) | |
| Plaintiff, | ) | Case Number: 06-1195 RBW |
| | ) | |
| v. | ) | |
| | ) | |
| **GIANT OF MARYLAND LLC** | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

UPON CONSIDERATION of the Motion to Dismiss, or in the Alternative To Quash Service of Process filed by the Defendant, it is hereby

ORDERED, that the Motion To Dismiss, or in the Alternative To Quash Service of Process be and the same hereby is GRANTED.

_____
Reggie B. Walton
United States District Judge

Date: _____

Copies to:

Bridnetta D. Edwards, Esq.
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005-3317

Brenda K. Lee-Wilson
Homeless
Washington, DC
(202) 436-2187