# EXHIBIT A

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Brenda K. Lee-Wilson | COURT CASE NUMBER<br>CA-06-1195 RBW |
|---|---|
| DEFENDANT<br>Giant Supermarket Foods & Pharmacy | TYPE OF PROCESS<br>S&C |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Giant Supermarket Foods & Pharmacy

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8th & O St, NW Washington, DC 20013

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                Fold

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk<br>*[signature]* | Date 7/21/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Shurlette Hill  Ass't Store Mgr.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 7-24-06   Time 1412  pm

Signature of U.S. Marshal or Deputy
*[signature]* 3454 Shane Smith

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | | |

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# EXHIBIT B

Case 1:06-cv-01195-RBW     Document 4-3     Filed 08/18/2006     Page 3 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA K. LEE-WILSON )<br>Plaintiff, )<br>)<br>v. )<br>)<br>GIANT FOOD, LLC )<br>Defendant. ) | Case Number: 06-1195 RBW |

### DECLARATION OF BART PLANO

1. My name is Bart Plano and I am the Senior Investigator, Fair Employment and Compliance Analyst employed by Giant of Maryland LLC ("Giant"). I have been employed with Giant since 1990. I am competent and authorized to execute this Declaration. I make this Declaration based upon personal knowledge.

2. The registered agent for Giant is Corporation Service Company ("CSC"). Managers or employees at store Giant's retail store locations are not authorized to receive service of process.

3. On or about July 24, 2006, Ms. Shirlette Hill, a Customer Service Manager, received and signed a package that contained a Summons and a Compliant. Ms. Hill is not authorized or appointed to accept service of process on behalf of Giant.

Pursuant to the provisions of 28 U.S.C §1746, I declare under penalty of perjury that the statements contained in the foregoing three (3) paragraphs are true and correct.

Executed on: 8/18/06

_____
Bart Plano

DCLIB-475688.1-BDEDWARD 8/18/06 9:28 AM