UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Brenda Karyl Lee-Wilson

VS                                   06-01195-RBW

Giant Supermarket Foods
And Pharmarcy

PLAINTIFF'S OPPOSITION TO DEFENDANTS
MOTION TO DISMISS

PLAINTIFF REQUEST THAT THE HONORABLE COURT NOT DISMISS THIS CAUSE OF ACTION AND FOR JUST CAUSE WOULD SHOW THE COURT, THE LEGAL DOCTORS NOTE/LETTER MAKING PLAINTIFFS BELOVED DOG A SERVICE DOG THE LAST 17 MONTHS OF HIS LIFE (EXHIBIT A) AND ENABLING THE DOG ALL THE RIGHTS (EXHIBIT B) OF A WORKING DOG WHICH IS HOW HE WAS ENTITLED TO STAY IN THE PUBLIC SHELTERS OF JOHN YOUNG AND D.C. GENERAL HOSPITAL CAFETERIA WITH PLAINTIFF FOR THE SAME 17 MONTHS, AND MOREOVER THAT THE DEPARTMENT OF JUSTICE OF THE U.S., CIVIL RIGHTS DIVISION, DISABILITY RIGHTS SECTION, DOES NOT REQUIRE SPECIAL ID CARDS FOR SERVICE ANIMALS TO ENTER ANY PUBLIC FACILITY (EXHIBIT C). EXHIBIT B IS A STORY IN STREET SENSE NEWSPAPER'S DECEMBER - JANUARY 2005/06 PAGE 15 WRITTEN BY PLAINTIFF AND ALREADY A PART OF THE COURT RECORD. FURTHERMORE, PLAINTIFF HAD PROVIDED COPIES OF THESE FORMS WILLINGLY TO DEFENDANTS STORE

RECEIVED
SEP 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MANAGER AND WAS NOT DENIED ACCESS BY THE MANAGER ON THE FOURTH TIME THIS BECAME AN ISSUE, BUT BY THE MANAGER OF THE SECURITY GUARDS GIANT EMPLOYS, AND WHOM HAD TAKEN ISSUE WITH PLAINTIFF AND USURPED THE MANAGERS ACKNOWLEDGEMENT OF THE WORKING DOG BY CALLING HIS GIRLFRIEND POLICE OFFICERS TO HAVE PLAINTIFF AND THE SERVICE DOG REMOVED FROM THE STORE WITHOUT THE MANAGERS KNOWLEDGE.

PLAINTIFF ALSO HAS FILLED PAPERS THAT HAVE BEEN ACKNOWLEDGED BY THE HONORABLE COURT AS INDIGENT AND SERVICE UPON DEFENDANT WAS DONE BY THE HONORABLE COURT AND NOT PLAINTIFF, THEREFORE THE SERVICE OF THE CAUSE OF ACTION WAS CORRECT UPON THE DEFENDANT.

ALL PREMISES CONSIDERED, PLAINTIFF PRAYS FOR THIS OPPOSITION TO DEFENDANTS MOTION TO DISMISS BE GRANTED SO THAT JUSTICE FOR PLAINTIFF'S BELOVED SERVICE DOG MAY BE FOUND IN THE HONORABLE COURT.

Respectfully Submitted,

Brenda Karyl Lee-Wilson
BRENDA KARYL LEE-WILSON
UNWILLINGLY PRO SE
CALVARY WOMEN'S SHELTER
928 5th STREET NW BED #17
WASHINGTON, DC 20001
(202) 783-6651 - shelter #
(202) 436-2187 - cell #

# CERTICICATE OF SERVICE

I, BRENDA KARYL LEE-WILSON WILL BY HAND, DELIVER A COPY OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO DISMISS TO BRIDNETTA D. EDWARDS @ REED SMITH LLP, 1301 K STREET, NW SUITE 1100 - EAST TOWER, WASHINGTON DC 20005-3317, ON 19 SEPTEMBER, 2006.

*Brenda Karyl Lee-Wilson*
BRENDA KARYL LEE-WILSON
CALVARY WOMEN'S SHELTER
928 5th STREET NW BED #17
WASHINGTON, DC. 20001
SHELTER (202) 783-6651
CELL (202) 436-2187

PAGE 3    PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO DISMISS



**UNITY HEALTH CARE**  3020 14th Street N.W., Washington, DC 20009    Phone: (202) 612-1100    Fax: (202) 745-5907

Office of the Chief Medical Officer

www.unityhealthcare.org

Brenda Lee-Wilson has been evaluated by me today. In my opinion, this lady is ~~emotionally~~ emotionally ill. She hitchhiked here from Texas with her dog. She is very emotionally attached to this dog & is seeking shelter for herself & her dog. I will be happy to provide follow up. Please provide assistance. This dog provides emotional support. It would be traumatic to seperate.

Sincerely,

Robert Keisling M.D.
518-2385



**UNITY HEALTH CARE**  3020 14th St., N.W.  Washington, DC 20009
www.unityhealthcare.org   Upper Cardozo Health Center

Robert Keisling, M.D.

Phone: (202) 518-2385
Fax:    (202) 745-5907
Email: rkeisling@unityhealthcare.org

**U.S. Department of Justice**
Civil Rights Division
*Disability Rights Section*



### Americans with Disabilities Act
# ADA Business BRIEF:

## Service Animals

*Service animals are animals that are individually trained to perform tasks for people with disabilities – such as guiding people who are blind, alerting people who are deaf, pulling wheelchairs, alerting and protecting a person who is having a seizure, or performing other special tasks. Service animals are working animals, not pets.*

Under the Americans with Disabilities Act (ADA), businesses and organizations that serve the public must allow people with disabilities to bring their service animals into all areas of the facility where customers are normally allowed to go. This federal law applies to all businesses open to the public, including restaurants, hotels, taxis and shuttles, grocery and department stores, hospitals and medical offices, theaters, health clubs, parks, and zoos.



Businesses that serve the public must allow people with disabilities to enter with their service animal

- Businesses may ask if an animal is a service animal or ask what tasks the animal has been trained to perform, but cannot require special ID cards for the animal or ask about the person's disability.

- People with disabilities who use service animals cannot be charged extra fees, isolated from other patrons, or treated less favorably than other patrons. However, if a business such as a hotel normally charges guests for damage that they cause, a customer with a disability may be charged for damage caused by his or her service animal.

- A person with a disability cannot be asked to remove his service animal from the premises unless: (1) the animal is out of control and the animal's owner does not take effective action to control it (for example, a dog that barks repeatedly during a movie) or (2) the animal poses a direct threat to the health or safety of others.

- In these cases, the business should give the person with the disability the option to obtain goods and services without having the animal on the premises.

- Businesses that sell or prepare food must allow service animals in public areas even if state or local health codes prohibit animals on the premises.

- A business is not required to provide care or food for a service animal or provide a special location for it to relieve itself.

- Allergies and fear of animals are generally **not** valid reasons for denying access or refusing service to people with service animals.

- Violators of the ADA can be required to pay money damages and penalties.



Service animals are individually trained to perform tasks for people with disabilities

If you have additional questions concerning the ADA and service animals, please call the Department's ADA Information Line at (800) 514-0301 (voice) or (800) 514-0383 (TTY) or visit the **ADA Business Connection** at www.ada.gov

Duplication is encouraged.    April 2002