## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA K. LEE-WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06-cv-1195 (RBW) |
| ) | Judge Reggie B. Walton |
| GIANT SUPERMARKET FOODS AND PHARMACY ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

The Court shall note the appearance of Keith D. Coleman, REED SMITH LLP, 1301 K Street, N.W., Suite 1100 – East Tower, Washington, D.C. 20005, as co-counsel for Defendant Giant Supermarket Foods and Pharmacy in the above-captioned case.

Dated: October 20, 2006                    Respectfully submitted,

                                            REED SMITH LLP

                                            __/s/_____
                                            Keith D. Coleman, D.C. Bar No. 473273
                                            Bridnetta D. Edwards, D.C. Bar No. 437467
                                            1301 K Street, N.W.
                                            Suite 1100 – East Tower
                                            Washington, D.C. 20005
                                            Telephone: (202) 414-9353
                                            Email: kdcoleman@reedsmith.com
                                            Fax: (202) 414-9299

                                            Attorneys for Defendant

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Appearance was served, via electronic filing, and by first-class mail, postage prepaid this 20th day of October 2006 to the last known address as of 8/18/06 upon:

>Brenda K. Lee-Wilson
>P.O. Box 14242
>Ben Franklin Station
>Washington, D.C.  20044-4242

>*/s/*
>Keith D. Coleman

- 2 -