IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDA K. LEE-WILSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 06-1195 (RBW) |
| ) | |
| GIANT OF MARYLAND, LLC, ) | |
| ) | |
| Defendant. ) | |

## ANSWER

COME NOW the Defendant, Giant of Maryland, LLC ("Defendant"), by its undersigned counsel, and hereby answers the Complaint in the above-captioned matter. Defendant denies all allegations of the Complaint not specifically admitted herein.

## ANSWERS TO PARAGRAPHS

1.  Answering the first paragraph of page 1 of the Complaint, Defendant denies the allegations of this paragraph.

2.  Answering the second paragraph of the Complaint, Defendant admits that Plaintiff provided information from the U.S. Department of Justice regarding service animals to the security manager, but denies the remaining allegations of this paragraph.

3.  Answering the first sentence of the third paragraph of the Complaint on page 2, Defendant denies the allegations of this sentence. As to the remaining

allegations, Defendant is without sufficient information to form a belief as to the truth or falsity of the allegations.

4.    Answering the fourth paragraph of the Complaint on page 2, Defendant is without sufficient information to form a belief as to the truth or falsity of the allegations.

5.    Answering the fifth paragraph of the Complaint on page 3, the Defendant is without sufficient information to form a belief as to the truth of falsity of the allegations.

6.    Answering the sixth paragraph of the Complaint on page 3, the Defendant is without sufficient information to form a belief as to the truth or falsity of the allegations.

7.    Answering the seventh and last paragraph of the Complaint on page 3, the Defendant denies that Plaintiff is entitled to any damages or other relief requested in the Complaint and denies the remaining allegations of the seventh paragraph.

## AFFIRMATIVE DEFENSES

By pleading the following as Affirmative Defenses, Defendant does not concede that each of the matters covered by the numbered defenses are to be proven by it, and Defendant reserves its position that the Plaintiff retains the burden of proof on all matters necessary to state the claims asserted in the Complaint.

Defense No. 1:  The Complaint fails to state a claim upon which relief can be granted.

<u>Defense No. 2</u>: Plaintiff is not entitled to damages where she has failed to allege any, and has not suffered any actual injury.

WHEREFORE, Defendant Giant of Maryland, LLC respectfully requests that this Court enter judgment for Defendant and award it all costs and expenses, including expert witness fees and expenses and attorneys' fees, and such other relief as the Court deems proper.

Respectfully submitted,

*Bridnetta D. Edwards*
Bridnetta D. Edwards, (Bar #437467)
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, DC  20005-3317
(202) 414-9200

Attorney for Defendant
**Giant of Maryland, LLC**

Dated:  October 30, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing Answer to be served by first class mail, postage prepaid, this 30th day of October , 2006, upon:

Brenda Lee-Wilson
P.O. Box 14242
Ben Franklin Station
Washington, DC  20044-4242

_____
Bridnetta D. Edwards