## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BRENDA K. LEE-WILSON**<br>    **Plaintiff,** | ) ) ) ) | **Case Number: 06-1195 RBW** |
| **v.** | ) ) | |
| **GIANT OF MARYLAND LLC**<br>    **Defendant.** | ) ) ) ) | |

### DEFENDANT'S MOTION TO DISMISS FOR FAILURE
### TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Defendant Giant of Maryland LLC ("Defendant"), by and through its undersigned

counsel, hereby moves this Court pursuant to Rule 12(b) (6) of the Federal Rules of Civil

Procedure to dismiss this action for failure to state a claim upon which relief can be granted. In

support of its motion, Defendant refers the Court to the accompanying Memorandum.

WHEREFORE, Defendant respectfully requests the Court to enter an order dismissing

this action.

Respectfully submitted,

**REED SMITH LLP**

By: _____/s/_____
Bridnetta D. Edwards, (D.C. Bar #437467)
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, DC  20005-3317
(202) 414-9200
bedwards@reedsmith.com

Attorney for Defendant

November 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Defendant's Motion

To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted to be served by

first-class mail, postage prepaid this 21st day of November upon:


Brenda K. Lee-Wilson
P.O. Box 14242
Ben Franklin Station
Washington, DC 20044-4242


_____/s/_____
Bridnetta D. Edwards

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

BRENDA K. LEE-WILSON )
        Plaintiff, )
                       )     Case Number: 06-1195 RBW
                       )
    v. )
                       )
GIANT OF MARYLAND LLC )
        Defendant. )
                       )

## ORDER

UPON CONSIDERATION of the Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted filed by the Defendant, and any opposition thereto, Plaintiff's complaint will be dismissed with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, it is hereby

ORDERED, that the Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted be and the same hereby is GRANTED.

_____
Reggie B. Walton
United States District Judge

Date: _____

Copies to:

Bridnetta D. Edwards, Esq.
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005-3317


Brenda K. Lee-Wilson
P.O. Box 14242
Ben Franklin Station
Washington, D.C. 20044-4242
(202) 436-2187