UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Brenda Karyl Lee-Wilson

VS

GIANT supermarkets
Foods and Pharmacy

CIVIL ACTION NO.
06-1195 (RBW)

MOTION FOR COURT APPOINTED COUNSEL

Plaintiff is a homeless woman and has been so since her and her service dog's arrival into the District in February, 2004. Plaintiff cannot obtain legal counsel as Plaintiff is without the means and the necessary education and knowledge of the law in which to represent her cause of action before the Honorable Court.

Plaintiff struggles daily to exist in a system that has left little hope of obtaining justice through the courts. Plaintiff's belief in the laws that were based on God's laws to protect man are

RECEIVED
DEC 12 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AS COMMITED TO THE RIGHTEOUSNESS OF FAITH IN God AND BELIEF THAT God WILL PROVIDE. THEREFORE, PLAINTIFF PRAYS that the HONORABLE COURT WILL ASSIST HER WITH the REQUEST FOR MOTION FOR COURT APPOINTED COUNSEL And thus uphold the possibilities that with God ALL things ARE possible.

PLAINTIFF continues to SUFFER emotionally From the lack of Having the unconditional Love of her deceased service dog And prays for RELief with every BReath she takes, trusting IN God At ALL times. It is difficult for Plaintiff to FOCUS ON these matters AS PLAINTIFF has endured Alot through the LegAL system. PLAINTIFF prays once again for the Necessary And Extremet Need of this motion for Court Appointed counsel to Be granted so that justice, if Not for Plaintiff, but PLAINTIFFS beloved service dog can be found.

Respectfully Submitted,

Brenda Karyl Lee-Wilson
Brenda Karyl Lee-Wilson
CAlVARY's Women's Shelter
Bed #17  928 5th Street NW
Washington, DC. 20001
(202) 297-3690 - cell#

# CERTIFICATE OF SERVICE

I, BRENDA KARYL LEE-WILSON WILL HAND DELIVER A COPY OF THIS MOTION FOR COURT APPOINTED COUNSEL TO BRIDNETTA D. EDWARDS, ATTORNEY AT REED AND SMITH, 1301 K. STREET N.W. 1100 EAST TOWER, WASHINGTON, D.C. 20005 on 13 DECEMBER, 2006.

*Brenda Karyl Lee-Wilson*

Brenda Karyl Lee-Wilson
928 5th Street NW
Calvary Women's Shelter Bed #17
Washington, DC. 20001
(202) 297-3690