UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Brenda Karyl Lee-Wilson

Vs.

Giant Supermarkets
Foods And Pharmacy

CIVIL ACTION NO.
06-1195 (RBW)

SECOND MOTION FOR COURT APPOINTED COUNSEL

PLAINTIFF COMES BEFORE THE HONORABLE COURT AND WOULD ASK THE COURT TO PROVIDE A COURT APPOINTED COUNSEL FOR THIS CAUSE OF ACTION WHICH INVOLVES THE DENIED ACCESS OF PLAINTIFF'S SERVICE DOG (NOW deceased) And GIANT SUPERMARKETS BLATANT CONTEMPT OF the laws under the American Disabilities Act. PLAINTIFF CANNOT AFFORD COUNSEL AS plaintiff IS STRUGGLING JUST to provide HER NEEDS day to day as A Homeless Woman IN A Shelter Located within the District of Columbia.

RECEIVED
DEC 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF Has consulted with the Washington Legal Clinic And they do Not litigate, And they Are the ones who assisted Plaintiff In obtaining the papers making Plaintiff's dog A service dog, In Febuary 2004. PLAINTIFF IS uneducated in the procedure of court And law And cannot Afford Nor Find AN Attorney As Homeless people are considered A lost cause.

Plaintiff assures the court that the issues Before this court WARRANT this assistance and pleads FOR THE court to please provide the LEGAL counsel PLAINTIFF SO Desperately needs. PLAINTIFF IS AT THE mercy of THE motion to BE GRANTED SO THAT PLAINTIFF WILL NOT HAVE TO "PAN HANDLE" FOR AN ATTORNEY ON THE STREETS OR K AND L NW. And Located within the DISTRICT. PLAINTIFF'S EMOTIONAL STABILITY IS HANGING BY A THREAD And Although that thread IS ATTACHED to God, PLAINTIFF IS LOST WITHOUT A DOG AND CANNOT CONTINUE

without assistance that this Honorable Court can provide.

Wherefore premises considered, Plaintiff ask that the second motion for Court Appointed Counsel be granted so that justice can be found for Plaintiff in the court.

Respectfully submitted,

*/s/ Brenda Karyl Lee-Wilson*

BRENDA KARYL LEE-WILSON
CALVARY's women's SHELTER
BED #17
928 5th Street NW
Washington, DC. 20001
(202) 297-8594 (cell #)

CERTIFICATE OF SERVICE

I, BRENDA KARYL LEE-WILSON, WILL HAND DELIVER A COPY OF THIS MOTION (SECOND MOTION FOR COURT APPOINTED COUNSEL) TO BRIDNETTA D. Edwards, ATTORNEY AT REED AND SMITH, 1301 K. STREET N.W., 1100 EAST TOWER, WASHINGTON, D.C. 20005 ON 27 DECEMBER, 2006 AS PER HER INSTRUCTIONS TO ME ON 21 DECEMBER, 2006.

*Brenda Karyl Lee-Wilson*

BRENDA KARYL LEE-WILSON
CALVARYS WOMENS SHELTER
BED #17
928 5TH STREET NW
WASHINGTON, DC 20001
(202) 297-8594 (cell #)