IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Brenda Karyl Lee-Wilson** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-1195 (RBW) |
| ) | |
| **Giant of Maryland, LLC,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT MEET AND CONFER STATEMENT

Plaintiff, Brenda Karyl Lee-Wilson ("Plaintiff") and Defendant, Giant of Maryland, LLC ("Defendant"), submit this Joint Meet and Confer Statement pursuant to Local Rule 16.3 (c) of the U.S. District Court Rules. Plaintiff and Defendant conferred by telephone on Tuesday, January 2, 2007 at 3:00 pm, regarding the matters set forth below.

1. Defendant believes that this case is likely to be disposed of by its motion to dismiss filed on November 21, 2006. Defendant requests that discovery and the entering of a scheduling order await a decision on the motion to dismiss. Plaintiff indicates that she will file a response to Defendant's motion to dismiss on Wednesday, January 3, 2007, and she believes that she has a legitimate claim.

2. The Parties do not wish to join other parties or amend the pleadings.

3. The Parties do not wish to assign this matter to a Magistrate Judge.

4. It is unknown at this time whether there is a realistic possibility of settlement in the case.

5. Defendant does not believe the case could benefit from alternative dispute resolution ("ADR") or some other form of ADR. Plaintiff indicates that she does not have enough knowledge of the ADR procedure to make an informed decision.

6. Defendant believes that the case will be resolved by its motion to dismiss. Pursuant to this Court's order of November 28, 2006, Plaintiff's response to Defendant's motion to dismiss was due on December 29, 2006. Plaintiff states that she believed that the Court would grant her motion for a court appointed attorney, and legal filings would be handled by the Court appointed attorney. During the meet and confer meeting on January 2, 2007, Defendant advised Plaintiff that the second motion for court appointed attorney counsel had been denied on December 27, 2006. Plaintiff had not received notification. In response, Plaintiff indicated that she would file an opposition to the motion to dismiss on Wednesday, January 3, 2007.

7. Defendant would like to dispense with the initial disclosures required by Rule 26(a)(1), F.R.Civ.P. Plaintiff states that she does not have enough knowledge of the Federal Rules of Civil Procedure to make an informed decision.

8. If necessary, the Parties agree to submit a proposed Scheduling Order, and proceed pursuant to the discovery deadlines set forth in the proposed Order following a ruling on Defendant's motion to dismiss. If any protective order is needed concerning discovery, the parties will attempt to agree on a stipulated order before bringing the matter to the Court's attention. The parties do not anticipate that any additional limits on discovery will be necessary.

9. The Parties propose that the exchange of expert witness reports and depositions of experts be pursuant to the timing set forth in the proposed Order.

10. This is not a class action.

11. The Parties do not believe that the trial or discovery needs to be bifurcated or managed in phases.

12. The Parties suggest that the Pretrial conference be scheduled thirty (30) days after the Court's ruling on any motion for summary judgment, and upon the conclusion of discovery.

13. Defendant suggests that a trial date be set at the Pretrial conference. Plaintiff indicates that she does not have enough knowledge to make a decision as to which date would be more beneficial.

          Respectfully Submitted,

          **REED SMITH LLP**

          /s/
          Bridnetta D. Edwards, D.C. Bar #437467
          1301 K Street, N.W.
          Suite 1100 - East Tower
          Washington, DC 20005-3317
          (202) 414-9200
          bedwards@reedsmith.com
          Counsel for Defendant

          **GIANT OF MARYLAND LLC**

          /s/
          Brenda Karyl Lee-Wilson
          Calvary Women's Shelter
          928 5th Street, NW
          Bed 17
          Washington, DC 20001

          **PLAINTIFF**

Dated: January 3, 2007