UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brenda K. Lee-Wilson,<br><br>        Plaintiff,<br><br>v.<br><br>Giant Supermarket Foods and Pharmacy,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 06-1195 (RBW)<br>)<br>)<br>)<br>) |

**ORDER**

On November 21, 2006, defendant filed a motion to dismiss. On November 28, 2006, the Court issued an Order advising plaintiff, among other things, of her obligation to file an opposition or other response to the motion. Further, that Order expressly warned plaintiff that, if she failed to file her opposition by December 29, 2006, the Court would treat the motion as conceded. To date, plaintiff neither has filed an opposition nor has requested additional time to do so. Accordingly, it is hereby

ORDERED that defendant's motion to dismiss [#14] is GRANTED as conceded. It is further

ORDERED that the Order for an Initial Scheduling Conference [#12] is VACATED, and the conference set for January 12, 2007 is cancelled. It is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date:  January 5, 2007

                                              /s/
                                    REGGIE B. WALTON
                                    United States District Judge