UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Brenda Karyl Lee-Wilson
vs.
Giant Supermarkets
Foods And Pharmacy

CIVIL Action NO
06-1195 (RBW)

PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO DISMISS

PLAINTIFF IS AWARE that PLAINTIFF And PLAINTIFF'S Now Deceased SERVICE Dog where denied Access to GIANT SUPERMARKETS And this action IS a BLATANT Violation of the American with Disabilities Act And the laws protecting SERVICE dogs And their owners.

PLAINTIFF Has veetually no other Knowledge of legal procedure or How to Represent PLAINTIFF'S case before the Honorable Court. Plaintiff's Second Motion for A Court Appointed Attorney filed on 26 December, 2006, was denied again "without prejudice" And Plaintiff was not Aware of this Ruling until 02 January, 07 while speaking with DEFENDANTS, Ms Bridnetta Edwards. PLAINTIFF has not Recieved Any Notice from the Court at Calvary

RECEIVED
JAN 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Women's Shelter, 928 5th Street NW, Washington DC, 20001 And where Plaintiff has Resided since 29 July, 2006, since filing the second motion for Court Appointed Attorney.

Plaintiff had believed that in Re-stating the facts of Plaintiff's inability to Afford An Attorney And Plaintiff's inability to Represent Plaintiff In the Honorable Court, that this motion would be granted.

Plaintiff will proceed to solicit And "panhandle" for the necessary legal help Plaintiff desperately needs to pursue this case before the Honorable Court. Plaintiff will also petition the District's Homeless Newspaper - Street Sense - And which Plaintiff sells And writes for to Run An Article In Next Month's Issue, Along with Plaintiff's coverage of Mayor Fenty's Inauguration, due out and on 15 January, 2007 About Plaintiff's Dilemna.

Plaintiff will, somehow, someway, obtain the legal assistance that will ensure the justice plaintiff seeks through the Honorable Court. God provides And Plaintiff has plenty of testimony to prove plaintiff's case.

Wherefore, premises considered, Plaintiff Request that the motion to Dismiss by Defendants Not Be Granted And pleads for

PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO DISMISS    page 2

mercy And compassion from the Honorable Court In Any Allowances that CAN be made to assist Plaintiff In this pursuit of Justice.

Respectfully Submitted,

*Brenda Karyl Lee-Wilson*
Brenda Karyl Lee-Wilson
928 5th street NW Bed#17
Calvary Women's Shelter
Washington, DC 20001
(202) 297-8594

# CERTIFICATE OF SERVICE

I, BRENDA KARYL LEE-WILSON, WILL HAND DELIVER A COPY OF THIS MOTION (PLAINTIFF'S OPPOSITION TO DISMISS) TO BRIDINETTA D. EDWARDS, ATTORNEY at Reed And Smith, 1301 K. Street NW, 1100 EAST TOWER, WASHINGTON, DC 20005 on 04 JANUARY, 2007, as per HER INSTRUCTIONS TO ME on 02 JANUARY, 2007.

*Brenda Karyl Lee-Wilson*

Brenda Karyl Lee-Wilson
Calvary Womens Shelter
928 5th Street NW Bed #17
Washington, DC 20001
(202) 297-8594 (cell #)