UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Brenda Karyl Lee-Wilson
    vs
Giant Supermarkets
Foods And Pharmacy

Civil Action No
06-1195 (RBW)

PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff filed a second motion for a court appointed attorney on December 26, 2006 And restated Plaintiff's inability to pay or acquire legal assistance that is necessary before this Honorable Court as plaintiff is a layman in court legal matters. Plaintiff felt the Court would grant this motion prior to the 29th December, 2006 deadline for plaintiff to file Plaintiff's opposition to Defendants motion to Dismiss, as the first motion filed 12 December 2006 was ruled on 15th December, 2006.

Plaintiff did not receive denial of second motion for court appointed attorney until 05 January 2007 postmark date from the Court is 3 Jan, 2007, And (see exhibit one)

RECEIVED
JAN 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, Brenda Kanyl Lee-Wilson, will hand deliver a copy of this motion (Plaintiffs Opposition for Reconsideration) to Bridgetta D. Edwards Attorney at Reed And Smith, 801 K Street NW, 1100 East Tower, Washington DC on 17 January, 2007. as per her Instructions to me on 02 January, 2007.

Brenda Kanyl Lee-Wilson
Brenda Kanyl Lee-Wilson
Calvary Women's Shelter
928 5th Street NW Bed # 17
Washington, DC 20001
(202) 297-8594 (cell)

Plaintiffs Motion for Reconsideration   Certificate of Service   Page 4

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

BRENDA KARYL LEE-WILSON
CALVARY WOMEN' SHELTER
928 5th Street, NW
Bed 17
Washingon, DC 20001



Exhibit one



DCD_ECFNotice@dcd.uscourts.gov
12/28/2006 04:25 PM

To  DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:06-cv-01195-RBW LEE-WILSON v. GIANT SUPERMARKET FOODS AND PHARMACY "Order on Motion to Appoint Counsel"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from ms, entered on 12/28/2006 at 4:25 PM EDT and filed on 12/28/2006

**Case Name:** LEE-WILSON v. GIANT SUPERMARKET FOODS AND PHARMACY
**Case Number:** 1:06-cv-1195
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ORDER: Plaintiff's [18] second motion to appoint counsel is denied without prejudice for the same reasons set forth in the Court's December 15, 2006 Order [Dkt. #17]. Signed by Judge Reggie B. Walton on 12/27/06. (ms, )

The following document(s) are associated with this transaction:

*Exhibit one page 2*

**1:06-cv-1195 Notice will be electronically mailed to:**

Bridnetta D. Edwards    bedwards@reedsmith.com,

**1:06-cv-1195 Notice will be delivered by other means to:**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Brenda Karyl Lee-Wilson
vs.
Giant Supermarkets
Foods and pharmacy

CIVIL ACTION NO
06-1195 (RBW)

PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO DISMISS

PLAINTIFF IS AWARE THAT PLAINTIFF AND PLAINTIFF'S NOW DECEASED SERVICE DOG where denied ACCESS to GIANT SUPERMARKETS AND this action IS a BLATANT violation of the American with Disabilities Act and the laws protecting service dogs and their owners.

PLAINTIFF HAS vertually NO other Knowledge of legal procedure or how to REPRESENT PLAINTIFF'S CASE before the Honorable Court. Plaintiff's Second Motion for A Court Appointed Attorney, filed on 26 December, 2006, was denied again "without prejudice" And Plaintiff was NOT Aware of this Ruling until 02 January, 07 while speaking with DEFENDANTS councel, ms Bridnetta Edwards. PLAINTIFF has not recieved any notice from the Court at Calvary

Exhibit two

Women's Shelter, 928 5th Street NW, Washington DC, 20001 And where Plaintiff has resided since 29 July, 2006, since filing the second motion for court appointed attorney.

Plaintiff had believed that in re-stating the facts of Plaintiff's inability to afford an attorney and Plaintiff's inability to represent plaintiff in the Honorable Court, that this motion would be granted.

Plaintiff will proceed to solicit and "panhandle" for the necessary legal help Plaintiff desperately needs to pursue this case before the Honorable Court. Plaintiff will also petition the District's Homeless Newspaper - Street Sense - and which Plaintiff sells and writes for to run an article in next month's issue, along with Plaintiff's coverage of Mayor Fenty's Inauguration, due out ood on 15 January, 2007 about Plaintiff's Dilemna.

Plaintiff will, somehow, someway, obtain the legal assistance that will ensure the justice plaintiff seeks through the Honorable Court. God provides and Plaintiff has plenty of testimony to prove plaintiff's case.

Wherefore, premises considered, Plaintiff Request that the motion to Dismiss by Defendants Not be Granted And pleads for

Exhibit 2 page 2

Plaintiff's Opposition to Defendants Motion to Dismiss    page 2

mercy and compassion from the Honorable Court in any allowances that can be made to assist Plaintiff in this pursuit of Justice.

Respectfully Submitted,

*Brenda Karyl Lee-Wilson*

Brenda Karyl Lee-Wilson
928 5th Street NW Bed #17
Calvary Women's Shelter
Washington, DC 20001
(202) 297-8594

# CERTIFICATE OF SERVICE

I, BRENDA KARYL LEE-WILSON, WILL HAND DELIVER A COPY OF THIS MOTION (PLAINTIFF'S OPPOSITION TO DISMISS) TO BRIDNETTA D. Edwards, Attorney at Reed And Smith, 801 K. Street NW, 1100 EAST TOWER, WASHINGTON, DC 20005 ON 04 JANUARY, 2007, AS PER HER INSTRUCTIONS TO ME ON 02 JANUARY, 20007.

Brenda Karyl Lee-Wilson
Calvary Women's Shelter
928 5th Street NW Bed #17
Washington, DC 20001
(202) 297-8594 (cell #)

exhibit 2 page 4

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 JAN -3 PM 2: 13

NANCY M.
MAYER-WHITTINGTON
CLERK

Exhibit 2 pages